UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA KIMES<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF SCRANTON<br><br>　　　　　Defendant. | CIVIL ACTION NO. 3:14-CV-00091<br><br>(BRANN, J.)<br>(MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 24th day of February, 2015, the Court having been requested to resolve an outstanding discovery dispute between the parties, and having heard from the parties on this issue, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that:

1. Plaintiff will be given fourteen (14) days from the date of this Order, or until **Monday, March 10, 2015**, to produce copies of her resume, disciplinary file from Marywood University, and formal offer letter to Defendant, or alternatively, to inform Defendant if she is not in possession of such documents;

2. In the event Plaintiff is unable to, or refuses to provide the information sought within the proposed timeframe, Defendant shall revise the proposed subpoena language to be narrowly tailored to request only the aforementioned documents. If Plaintiff has further objections to the revised subpoena, her counsel should contact this Court via phone to arrange a teleconference with both parties to revisit this issue.

**Dated:** February 24, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**