IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LISA KIMES                          :
                                    :
         Plaintiff                  :
     v.                             :    CIVIL NO. 3:14-CV-00091
                                    :
UNIVERSITY OF SCRANTON              :         (Judge Brann)
                                    :
         Defendant                  :

# ORDER
August 25, 2015

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (ECF No. 44) is **GRANTE**D in part and **DENIED** in part, to the extent that Ms. Kimes' Title VII and PHRA claims relating to a hostile work environment are dismissed. Count III alleging violations of the Whistleblower Law is dismissed.

2. All other claims remain without modification, with the exception of Count I, which is modified as described in the accompanying Memorandum.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge