IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA KIMES, | : | No. 3:14-cv-00091 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| UNIVERSITY OF SCRANTON, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 1st day of April 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion in Limine to Bar Evidence Regarding Previously Dismissed Claims, ECF No. 70, and Plaintiff's Motion in Limine to Preclude Defendant from Introducing Evidence or Testimony Regarding Plaintiff's Dismissed Claims, ECF No. 76, are both GRANTED.

2. Defendant's Motion in Limine to Bar Evidence Regarding Agency Proceedings, ECF No. 72, and Plaintiff's Motion in Limine to Preclude Defendant from Introducing Evidence or Testimony Regarding Agency and Unemployment Determinations, ECF No. 78, are both GRANTED.

1

3. Defendant's Motion in Limine to Preclude Evidence of Insurance, ECF No. 74, is GRANTED.

4. Plaintiff's Motion in Limine to Preclude Defendant from Referencing Plaintiff's Application For and/or Receipt of Unemployment Compensation Benefits, ECF No. 80, is GRANTED.

5. Plaintiff's Motion in Limine to Preclude Defendant from Introducing Evidence or Testimony Regarding Any Domestic Violence/Abuse Which Plaintiff Has Allegedly Suffered, ECF No. 82 is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge